UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| RODNEY WRIGHT and<br>LARRY BELCHER,<br><br>   Plaintiffs,<br><br> v.<br><br>KEITH HULEN and<br>STACEY'S TRUCKING, LLC,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.: 3:23-cv-34<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF REMOVAL</u>**

Defendants, Keith Hulen and Stacey's Trucking, LLC, by counsel, and pursuant to 28 U.S.C. §1332, hereby file their Notice of Removal of the captioned matter to the United States District Court for the Southern District of Indiana, Evansville Division, from the Gibson County Superior Court, Princeton, Indiana, and respectfully state as follows:

1. Keith Hulen and Stacey's Trucking, LLC, are defendants in a personal injury action now pending in the Gibson County Superior Court under Cause No. 26D01-2301-CT-000113.

2. Plaintiffs filed their Complaint in the Gibson County Superior Court on January 25, 2023.

3. All Defendants that have been served with the Summons and Complaint to date consent to the removal of this lawsuit to the United States

District Court for the Southern District of Indiana, Evansville Division, from the Gibson County Superior Court.

  4. Plaintiffs' Complaint is subject to removal on the grounds of diversity jurisdiction pursuant to 28 U.S.C. §1332.

  5. Plaintiff, Rodney Wright, is a citizen of the State of Indiana.

  6.  Plaintiff, Larry Belcher, is a citizen of the State of Indiana.

  7. Defendant, Keith Hulen, is a citizen of the State of Missouri.

  8. Defendant, Stacey's Trucking, LLC, is a limited liability company. The sole member of Stacey's Trucking, LLC, Billy G. Stacey, is a citizen of the State of Missouri. As such, Stacey's Trucking, LLC is a citizen of the State of Missouri.

  9. The controversy in this cause of action is entirely between citizens of different states.

  10. While Plaintiffs' Complaint seeks an unspecified amount of damages, Plaintiffs agreed in a February 7, 2023 email that Plaintiff, Larry Belcher's damages exceed $75,000.00, but Plaintiff Rodney Wright's damages do not exceed $75,000. (See Exhibit A) Therefore, the amount in controversy exclusive of interest and costs is greater than $75,000, the jurisdictional threshold required by 28 U.S.C. §1332(a) with respect to Plaintiff Larry Belcher. Supplemental federal jurisdiction applies to the claim of Rodney Wright pursuant to 28 U.S.C. §1367 because his claim arises from the same case or controversy as does the claim of Larry Belcher.

11. Attached hereto as <u>Exhibit B</u> is a complete copy of the Appearance, Complaint, and Summonses on behalf of Plaintiffs, and Defendants' Appearance, Motion for Extension of Time to answer, and Order on Motion for Extension of Time to answer. These documents constitute all of the pleadings and process on file with the Gibson County Superior Court as of the date of this filing of this Notice of Removal.

12. Attached hereto as <u>Exhibit C</u> is a separate copy of Plaintiffs' Complaint filed on January 25, 2023.

13. Attached hereto as <u>Exhibit D</u> is the current State Court docket.

14. Upon receiving a file-marked copy of this Notice of Removal, Defendants will serve the same upon Plaintiffs and also file a copy with the Clerk of the Gibson County Superior Court.

Respectfully submitted,

WHITTEN LAW OFFICE LLC

***s/Christopher R. Whitten***
Christopher R. Whitten/#20429-49
Emily M. Gettum/#31012-41
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH: 317-362-0225
FX: 317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of March, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Sky J. Shaw, Esq.
    Jeff JJ Shaw, Esq.
    SHAW LAW
    402 West Jefferson Blvd.
    Fort Wayne, IN 46802
    skyshaw@slipandfall.com
    jeffshaw@slipandfall.com
    *Counsel for Plaintiffs*

                                            ***s/Christopher R. Whitten***
                                            Christopher R. Whitten